PER CURIAM.

(No. 73-CC-83

LAKEVIEW ANESTHESIA ASSOCIATES, Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF MENTAL HEALTH, Respondent.

*Opinion filed April 26, 1973.*

LAKEVIEW ANESTHESIA ASSOCIATES, Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; SAUL R. WEXLER, Assistant Attorney General, for Respondent.

PER CURIAM.